(16) habeas corpus cases. Rule 33 (k), Supreme Court Rules.

## 28472. BRYSON v. CALDWELL.

The trial court did not err in remanding the appellant to custody.
*Judgment affirmed. All the Justices concur.*

DECIDED APRIL 4, 1974.

Robert Bryson, *pro se.*
*Arthur K. Bolton, Attorney General,* for appellee.

## 28473. ROBERSON v. HOPPER.

The trial court did not err in remanding the appellant to custody.
*Judgment affirmed. All the Justices concur.*

DECIDED APRIL 4, 1974.

Johnny N. Roberson, *pro se.*
*Arthur K. Bolton, Attorney General,* for appellee.

## 28793. HUNTER v. HOPPER.

The trial court did not err in remanding the appellant to custody.
*Judgment affirmed. All the Justices concur.*

DECIDED APRIL 4, 1974.

Lucius Hunter, *pro se.*